UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEDEN, | CV F  02 6115 OWW LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |
| | (Doc.  37.) |
| KERN COUNTY SHERIFFS ISSAC, et. al., | |
| Defendants. | |

Michael Peden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 22, 2005, Defendants moved to compel Plaintiff's Answers to Interrogatories, and Request for Production of documents.  According to Defendants, several requests for the production of documents and responses to interrogatories were propounded on Plaintiff in February and March of this year.  However, Plaintiff has not responded to any of Defendant's discovery requests.

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Charles F.  Collins contacted Plaintiff by mail on April 12, 2005, in an attempt to resolve the discovery issues.  However,

1

1  Plaintiff did not respond to the letter. (Collins Decl. at 9.)

2      Mr. Collins then met with Plaintiff at his deposition regarding the discovery dispute and
3  requested that Plaintiff respond immediately. According to the Collins Declaration, Plaintiff
4  indicated that he was not refusing to respond but was having difficulty due to various problems
5  and impediments related to his being incarcerated. Mr. Collins informed Plaintiff that he was
6  going to file a Motion to Compel before the expiration of the discovery deadline as required by
7  the Court's Scheduling Order but that if Plaintiff complied, he would not pursue the Motion. To
8  date, Plaintiff has not requested an extension of time to respond to the discovery requests or
9  objected to those requests made. In addition, Plaintiff has not filed any Opposition to the
10 Motion to Compel. As the time for filing an Opposition to the Motion to Compel has expired,
11 the Motion is submitted for resolution by the Court.

12     As noted above, Plaintiff has made no contact with the Court or the Defendants regarding
13 the outstanding discovery. Thus, it is unclear whether it is Plaintiffs intention to litigate this case
14 further. In any event, Plaintiff's failure to comply with the rules of discovery has hindered
15 Defendants efforts to defend. Accordingly, the Court finds the Motion to Compel warranted and
16 HEREBY ORDERS:

17     1.    The Motion to Compel Plaintiff's Answers to Interrogatories, and Requests for
18         Production of Documents is GRANTED;
19     2.    Within THIRTY (30) days of the date of service of this Order, Plaintiff SHALL
20         respond to the following:
21         a.    Defendant J. Frank's Request for Production of Documents (Set One);'
22         b.    Defendant J. Frank's Special Interrogatories (Set One);
23         c.    Defendant R. Contreras' Special Interrogatories (Set One);
24         d.    Defendant B. Ketcherside's Special Interrogatories (Set One);
25         e.    Defendant H. Jiminez' Special Interrogatories (Set One);
26         f.    Defendant A. Litke's Special Interrogatories (Set One);
27         g.    Defendant Tellez' Special Interrogatories (Set One);
28         h.    Defendant A. Litke's Request for Production of Documents (Set One);

      I.      Defendant Tellez' Request for Production of Documents (Set One);

      j.      Defendant R. Contreras' Request for Production of Documents (Set One);

      k.      Defendant H. Jiminez Request for Production of Documents (Set One);

      l.      Defendant B. Ketcherside's Request for Production of Documents (Set One);

      m.      Defendant J. Frank's Request for Production of Documents (Set Two).

The Court will entertain no further discovery disputes, as discovery in this action has closed.

Plaintiff is forewarned that his failure to comply with this Order may subject him to sanctions including dismissal of the action.

IT IS SO ORDERED.

**Dated:  June 1, 2005**             **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE