UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEDEN,<br><br>      Plaintiff,<br><br>  vs.<br><br>KERN COUNTY SHERIFF,<br><br>      Defendants | 1:02-cv-6115 OWW LJO P<br><br>ORDER DISMISSING ACTION |

Pursuant to the request of the plaintiff, and with verbal consent of counsel for the defendant,

THIS ACTION IS ORDERED DISMISSED WITHOUT PREJUDICE.

Dated: ___June 15, 2005_____

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge